UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER B. ARIZMENDI,

    Plaintiff,

  v.

SERGEANT C. SEMAN, et al.,

    Defendants.

Case No. 13-cv-04716-YGR (PR)

**ORDER DIRECTING DEFENDANTS TO PRODUCE PHOTOGRAPHS**

Plaintiff Alexander B. Arizmendi, a state prisoner, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. 1. Thereafter, Plaintiff filed an amended complaint, alleging violations related to his January 12, 2013 placement in administrative segregation at San Quentin State Prison ("SQSP"). Dkt. 9. The Court found various claims cognizable as violations of Plaintiff's constitutional rights and ordered service on Defendants. Dkt. 12.

Before the Court is Defendants' motion for summary judgment. Dkt. 44. Defendant Sergeant C. Seman submitted a declaration in support of the motion for summary judgment. Dkt. 44-2. In his declaration, Defendant Seman indicated that photographs were taken of Plaintiff to record his physical injuries. *Id.* at 3. No such photographs were attached as exhibits in support of Defendants' motion for summary judgment. Therefore, the Court directs Defendants to produce these photographs. If no such photographs can be produced, then the Court directs Defendants to submit a declaration from SQSP's Custodian of Records indicating the reason why the photographs cannot be produced. Defendants shall respond no later than **five (5) days** of the date of this Order.

Defendants' motion for summary judgment will be resolved in a separate written Order.

IT IS SO ORDERED.

Dated: July 17, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge