UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER B. ARIZMENDI,

    Plaintiff,

  v.

SERGEANT C. SEMAN, et al.,

    Defendants.

Case No. 13-cv-04716-YGR  (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment; and Addressing Plaintiff's Pending Motions,

IT IS ORDERED AND ADJUDGED

That judgment is hereby entered in favor of Defendants and against Plaintiff, and that each party bear its own costs of action.

Dated: July 29, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge